*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00402-CR

**IN RE** Luis Ray **JARAMILLO**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Alma L. López, Chief Justice
            Catherine Stone, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:   July 30, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Luis Ray Jaramillo, Jr. has filed a *pro se* petition for a writ of mandamus, complaining of the trial court's failure to rule on various documents filed in two of his pending criminal cases. Relator acknowledges he is represented by trial counsel. We conclude any original proceeding on the issue presented should be presented by relator's trial counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* mandamus petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d

---

[1]This proceeding arises out of Cause Nos. 2006-CR-5268 and 2006-CR-8791, styled *State of Texas v. Luis Ray Jaramillo, Jr.*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's mandamus petition is denied.

PER CURIAM

DO NOT PUBLISH